Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
*Attorneys for Plaintiff,*
*Jeffery Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **JEFFERY JOHNSON,** | Case No.: 2:22−cv−00532− JCM-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION**; **USAA CASUALTY INSURANCE COMPANY**; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

COME NOW Plaintiff Jeffrey Johnson, by and through his counsel of record, at the law firm of H&P Law and Defendants United Services Automobile Association and USAA Casualty Insurance Company, by and through their counsel of record, at the law firm of Spencer Fane, LLP, and hereby STIPULATE AND AGREE as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for Plaintiff to file his Reply in Support of his Motion to Remand be extended from May 6, 2022, to May 10, 2022.

| | |
|---|---|
| DATED this 5th day of May 2022. | DATED this 5th day of May 2022. |
| H&P LAW | SPENCER FANE LLP |
| /s/ Marjorie Hauf | /s/ Mary Bacon |
| _____ | _____ |
| Marjorie L. Hauf, Esq. | Mary E. Bacon, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No. 12686 |
| Matthew G. Pfau, Esq. | Jessica Chong, Esq. |
| Nevada Bar No.: 11439 | Nevada Bar No. 13845 |
| Bre'Ahn Brooks, Esq. | 300 S. Fourth Street, Suite 950 |
| Nevada Bar No.: 15672 | Las Vegas, NV 89101 |
| 8950 W Tropicana Ave., #1 | *Attorneys for USAA Casualty Insurance Company* |
| Las Vegas, NV 89147 | |
| *Attorneys for Plaintiff* | |

**ORDER**

This matter having been stipulated to by the parties, through their respective counsel, and the Court being duly advised:

IT IS ORDERED that Plaintiff's Reply in Support of his Motion to Remand will be due on May 10, 2022.

DATED May 6, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

H&P Law
/s/ Marjorie Hauf
_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111