Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JEFFREY JOHNSON,** individually, <br><br> Plaintiff, <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive, | Civil Action No. 2:22-cv-00532-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** <br><br> **(FIRST REQUEST)** |

Defendant USAA Casualty Insurance Company "Defendant") and Plaintiff Jeffrey Johnson ("Johnson" or "Plaintiff" and together with USAA CIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time Defendant has to respond to Plaintiff's Motion for a Protective Order (ECF No. 38) ("Motion") from August 16, 2022 to August 19, 2022. This is the first stipulation to extend the time Defendant has to respond.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff filed its Motion on August 2, 2022. Defendant's counsel was out of the country from August 2 through August 9, 2022 on vacation. As such, the Parties have stipulated to allow Defendant to file its response to Plaintiff's Motion on Friday, August 19, 2022.

DATED: August 15, 2022

**SPENCER FANE LLP**

By: /s/ *Mary Bacon*
Mary E. Bacon, Esq.
(NV Bar No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Defendant USAA Casualty Company*

DATED: August 15, 2022

**H&P LAW, PLLC**

/s/ *Marjorie Hauf*
Marjorie Hauf, Esq.
(NV Bar No. 8111)
Matthew G. Pfau, Esq.
(NV Bar No. 11439)
Bre'Ahn Brooks
(NV Bar No. 15672)
701 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff, Jeffrey Johnson*

**IT IS SO ORDERED.**

DATED: August 16, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DN 6606354.1