Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
*Attorneys for Plaintiff,*
*Jeffrey Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **JEFFREY JOHNSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY**; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22−cv−00532− JCM-DJA<br><br>**Stipulation and Order to Extend Time for Plaintiff to File his Reply in Support of Motion for Protective Order**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time for Plaintiff to file his Reply in Support of Plaintiff's Motion for Protective Order (ECF No. 38), be extended from August 26, 2022, to September 2, 2022. This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Plaintiff's Reply was originally due on August 26, 2022. Plaintiff's counsel has been in and out of the office in various depositions between August 22, 2022, and August 25, 2022. As such the parties have stipulated to allow Plaintiff to file his Reply on

September 2, 2022.

DATED: August 25, 2022

**SPENCER FANE LLP**

/s/ Mary Bacon
Mary E. Bacon, Esq.
(NV Bar No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Defendant USAA Casualty Company*

DATED: August 25, 2022

**H&P LAW, PLLC**

/s/ Marjorie Hauf
Marjorie Hauf, Esq.
(NV Bar No. 8111)
701 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff, Jeffrey Johnson*

## ORDER

This matter having been stipulated to by the parties, through their respective counsel, and the Court being duly advised:

IT IS ORDERED that Plaintiff's Reply in Support of his Plaintiff's Motion for Protective Order will be due on September 2, 2022.

IT IS SO ORDERED.

_____
U.S. Magistrate Judge
DATED: August 26, 2022

Respectfully submitted by:

H&P Law
/s/ Marjorie Hauf
_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111