Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
*Attorneys for Plaintiff,*
*Jeffery Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **JEFFERY JOHNSON,**  Plaintiff,  vs.  **USAA CASUALTY INSURANCE COMPANY**; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,  Defendants. | Case No.: 2:22−cv−00532− JCM-DJA  **Stipulation and Order** |

    COME NOW Plaintiff Jeffrey Johnson, by and through his counsel of record, at the law firm of H&P Law and Defendant USAA Casualty Insurance Company, by and through its counsel of record, at the law firm of Spencer Fane, LLP, and hereby STIPULATE AND AGREE to extend the briefing on Defendant's Motion to Compel FRCP Rule 35 Examination of Plaintiff and Request for Attorneys' Fees.

    The reason for the extension is due to the fact that the parties are attempting to

resolve the issue and, in the event that an agreement can be reached the Motion and Responsive Pleadings may not be necessary, However, if the parties are unable to resolve the matter, Plaintiff will need additional time to respond. Thus, the parties hereby agree as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for Plaintiff to file his Opposition to Defendant's Motion to Compel FRCP Rule 35 Examination of Plaintiff and Request for Attorneys' Fees be extended from March 23, 2023, to April 6, 2023. Defendant's reply will be due on April 20, 2023.

| DATED this 23rd day of March 2023. | DATED this 23rd day of March 2023. |
|---|---|
| H&P LAW | SPENCER FANE LLP |
| /s/ Marjorie Hauf<br>Marjorie L. Hauf, Esq.<br>Nevada Bar No.: 8111<br>Matthew G. Pfau, Esq.<br>Nevada Bar No.: 11439<br>Bre'Ahn Brooks, Esq.<br>Nevada Bar No.: 15672<br>710 S. 9th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | /s/ Mary Bacon<br>Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>Jessica Chong, Esq.<br>Nevada Bar No. 13845<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for USAA Casualty Insurance Company* |

**ORDER**

This matter having been stipulated to by the parties, through their respective counsel, and the Court being duly advised:

IT IS ORDERED that Plaintiff's Opposition to Defendant's Motion to Compel FRCP Rule 35 Examination of Plaintiff and Request for Attorneys' Fees will be due on April 6, 2023. Defendant's reply will be due on April 20, 2023.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

H&P Law
*/s/ Marjorie Hauf*
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111