Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JEFFREY JOHNSON,** individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendant | Civil Action No. 2:22-cv-00532-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME DEFENDANT HAS TO REPLY TO ITS MOTION FOR A PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC" or "Defendant") and Plaintiff Jeffrey Johnson ("Johnson" or "Plaintiff" and together with USAA CIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time Defendant has to file its reply in support of its Motion for a Protective Order (ECF 67) for two weeks, from May 3, 2023 to May 17, 2023. This is the first stipulation to extend the time Defendant has to reply.

Defendant's counsel is currently on maternity leave. She returns to the office on or about May 8, 2023. This extension not meant for the purposes of delay. It is a professional courtesy to accommodate Defendant's counsel leave and the large number of deadlines she has when she returns.

| | |
|---|---|
| DATED: May 3, 2023. | DATED: May 3, 2023. |
| **SPENCER FANE LLP** | **H&P LAW, PLLC** |
| /s/ Mary E. Bacon<br>Mary E. Bacon, Esq.<br>(NV Bar No. 12686)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for USAA Casualty Insurance Company* | */s/ Bre'Ahn Brooks*<br>Bre'Ahn Brooks<br>(NV Bar No. 15672)<br>710 S. 9th Street<br>Las Vegas, NV 89101 |

**IT IS SO ORDERED.**

**DATED:** May 4, 2023

_____
UNITED STATES MAGISTRATE JUDGE

DN 7747622.1