Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JEFFREY JOHNSON,** individually, <br><br> Plaintiff, <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive, <br><br> Defendant | Civil Action No. 2:22-cv-00532-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND THE TIME DEFENDANT HAS TO OPPOSE PLAINTIFF'S MOTION TO COMPEL** <br><br> **(FIRST REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC" or "Defendant") and Plaintiff Jeffrey Johnson ("Johnson" or "Plaintiff" and together with USAA CIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time Defendant has to file its opposition to Plaintiff's Motion to Compel (ECF 75) for one week, from June 8, 2023 to June 15, 2023. This is the first stipulation to extend the time Defendant has file its opposition.

Defendant's counsel recently returned from maternity leave and the additional week would allow her to not only further confer with Plaintiff's counsel regarding the motion, but also prepare an opposition. This extension is not meant for the purposes of delay. It is a professional courtesy to accommodate Defendant's counsel's schedule and simultaneous deadlines.

| | |
|---|---|
| DATED: June 8, 2023. | DATED: June 8, 2023. |
| **SPENCER FANE LLP** | **H&P LAW, PLLC** |
| /s/ Mary E. Bacon | */s/ Marjorie Hauf* |
| Mary E. Bacon, Esq. | Marjorie L. Hauf, Esq. |
| (NV Bar No. 12686) | (NV Bar No. 8111) |
| 300 S. Fourth Street, Suite 950 | Bre'Ahn Brooks, Esq. |
| Las Vegas, NV 89101 | (NV Bar No. 15672) |
| *Attorneys for USAA Casualty Insurance Company* | 710 S. 9th Street |
| | Las Vegas, NV 89101 |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

**DATED:** 6/8/2023

_____
UNITED STATES MAGISTRATE JUDGE