Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JEFFREY JOHNSON,** individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendant | Civil Action No. 2:22-cv-00532-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME DEFENDANT HAS TO OPPOSE PLAINTIFF'S MOTION TO COMPEL**<br><br>**(SECOND REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC" or "Defendant") and Plaintiff Jeffrey Johnson ("Johnson" or "Plaintiff" and together with USAA CIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time Defendant has to file its opposition to Plaintiff's Motion to Compel (ECF 75) for one week, from June 15, 2023 to June 22, 2023. This is the second stipulation to extend the time Defendant has file its opposition.

The parties request this brief extension to accommodate Defendant's counsel being out of the office due to a family emergency. This extension is not meant for the purposes of delay. It is a professional courtesy to accommodate Defendant's counsel's schedule and simultaneous deadlines.

| | |
|---|---|
| DATED: June 13, 2023. | DATED: June 13, 2023. |
| **SPENCER FANE LLP** | **H&P LAW, PLLC** |
| /s/ *Mary E. Bacon* | /s/ *Marjorie L. Hauf* |
| Mary E. Bacon, Esq. (NV Bar No. 12686) 300 S. Fourth Street, Suite 950 Las Vegas, NV 89101 *Attorneys for USAA Casualty Insurance Company* | Marjorie L. Hauf, Esq. (NV Bar No. 8111) Bre'Ahn Brooks, Esq. (NV Bar No. 15672) 710 S. 9th Street Las Vegas, NV 89101 *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

**DATED:** June 14, 2023

_____
UNITED STATES MAGISTRATE JUDGE

-2-

DN 7864886.1