Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JEFFREY JOHNSON,** individually, <br><br> Plaintiff, <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive, <br><br> Defendant | Civil Action No. 2:22-cv-00532 -JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND THE TIME DEFENDANT HAS TO OPPOSE PLAINTIFF'S MOTION TO COMPEL** <br><br> **(THIRD REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC" or "Defendant") and Plaintiff Jeffrey Johnson ("Johnson" or "Plaintiff" and together with USAA CIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time Defendant has to file its opposition to Plaintiff's Motion to Compel (ECF 75) for one week, from June 22 2023 to June 29, 2023. This is the third stipulation to extend the time Defendant has file its opposition.

The parties request this final brief extension to accommodate Defendant's counsel just returning to the office from a family emergency and to assist counsel in giving her client a substantive opportunity to review the draft response. This extension is not meant for the purposes of delay. It is a professional courtesy to accommodate Defendant's counsel's schedule and simultaneous deadlines.

DATED: June 22, 2023.

**SPENCER FANE LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
(NV Bar No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for USAA Casualty Insurance Company*

DATED: June 22, 2023.

**H&P LAW, PLLC**

/s/ *Marjorie L. Hauf*
Marjorie L. Hauf, Esq.
(NV Bar No. 8111)
Bre'Ahn Brooks, Esq.
(NV Bar No. 15672)
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**DATED:** 6/26/2023

_____
UNITED STATES MAGISTRATE JUDGE

-2-