Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
*Attorneys for Plaintiff,*
*Jeffrey Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY JOHNSON,<br><br>    Plaintiff,<br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:22−cv−00532− JCM-DJA<br><br>**Stipulation and Order to Extend Time for Plaintiff to File his Reply in Support of Motion to Compel Written Discovery**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time for Plaintiff to file his Reply in Support of Plaintiff's Motion to Compel Written Discovery (ECF No. 75), be extended from July 6, 2023, to July 20, 2023.

The parties request this brief extension to accommodate Plaintiff's counsel being

out of the office due to falling ill.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATED: July 5, 2023

**H&P LAW, PLLC**

/s/ Marjorie Hauf
Marjorie Hauf, Esq.
(NV Bar No. 8111)
Matthew G. Pfau, Esq.
(NV Bar No. 11439)
Bre'Ahn Brooks
(NV Bar No. 15672)
701 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff, Jeffrey Johnson*

DATED: July 5, 2023

**SPENCER FANE LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
(NV Bar No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Defendant USAA Casualty Company*

**IT IS SO ORDERED.**

Dated: July 6, 2023

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS REPLY IN SUPPORT OF MOTION TO COMPEL WRITTEN DISCOVERY