Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JEFFREY JOHNSON,** individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive, | Civil Action No. 2:22-cv-00532-JCM-DJA<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) EXTEND THE TIME DEFENDANT HAS TO REPLY TO ITS COUNTERMOTION FOR A PROTECTIVE ORDER**<br><br>**AND**<br><br>**(2) EXTEND THE TIME PLAINTIFF HAS TO FILE HIS REPLY IN SUPPORT OF HIS MOTION TO COMPEL**<br><br>**(FIRST REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC" or "Defendant") and Plaintiff Jeffrey Johnson ("Johnson" or "Plaintiff" and together with USAA CIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time:

(1) Defendant has to file its reply in support of its Countermotion for a Protective Order (ECF 83) for one week, from July 20, 2023 to July 27, 2023, and

(2) Plaintiff has to file his reply in support of his Motion to Compel (ECF 75) from

July 20, 2023 to July 27, 2023.

This is the first stipulation to extend the time Defendant has to reply, and the second (brief) extension to extend the time Plaintiff has to file his reply.

These extensions are not meant for the purposes of delay. The brief extensions are sought to help both counsel accommodate multiple deadlines and allow their respective clients a meaningful opportunity to review and comment on draft pleadings.

| DATED: July 19, 2023. | DATED: July 19, 2023. |
|---|---|
| **SPENCER FANE LLP** | **H&P LAW, PLLC** |
| /s/ *Mary E. Bacon*<br>Mary E. Bacon, Esq.<br>NV Bar No. 12686)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for USAA Casualty Company* | /s/ *Marjorie Hauf*<br>Marjorie L. Hauf, Esq.<br>(NV Bar No. 8111)<br>Bre'Ahn Williams<br>(NV Bar No. 15672)<br>8950 W Tropicana Ave., #1<br>Las Vegas, NV 89147<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

**DATED:** _July 20, 2023

_____
UNITED STATES MAGISTRATE JUDGE