Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
*Attorneys for Plaintiff,*
*Jeffrey Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **JEFFREY JOHNSON,**<br><br>  Plaintiff,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY**; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-00532- JCM-DJA<br><br>**Stipulation and Order** |

COMES NOW Plaintiff Jeffery Johnson, by and through his counsel of record, at the law firm of H&P Law and Defendant USAA Casualty Insurance Company, by and through their counsel of record, at the law firm of Spencer Fane, LLP, and hereby STIPULATE AND AGREE as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for Plaintiff to file his

Opposition to Defendant's Motion for Summary Judgment, be extended from April 5, 2024, to April 18, 2024.

| DATED this 3rd day of April | DATED this 3rd day of April |
|---|---|
| H&P LAW | SPENCER FANE LLP |
| /s/ Marjorie Hauf | /s/ Mary Bacon |
| Marjorie L Hauf, Esq. | Mary E. Bacon, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No. 12686 |
| Matthew G. Pfau, Esq. | Jessica Chong, Esq. |
| Nevada Bar No.: 11439 | Nevada Bar No. 13845 |
| Bre'Ahn Brooks, Esq. | 300 S. Fourth Street, Suite 950 |
| Nevada Bar No.: 15672 | Las Vegas, NV 89101 |
| 710 S 9th Street | *Attorneys for Defendants* |
| Las Vegas, NV 89101 | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

Dated: April 4, 2024

_____
UNITED STATES DISTRICT JUDGE

– 2 –

STIPULATION AND ORDER