Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile: (702) 938-8648
E-mail: mbacon@spencerfane.com
jchong@spencerfane.com

*Attorneys for Defendant United Services Automobile Association*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| **JEFFREY JOHNSON**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br>Defendants. | Case No.: 2:22-cv-00532-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND CERTAIN DISCOVERY DEADLINES**<br>**(BY ONE WEEK ONLY)**<br><br>**(SEVENTH REQUEST)** |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the expert disclosure discovery deadlines only in the operative discovery plan [ECF No.104], by one week, as a professional courtesy, as set forth below.

**A. Pursuant to LR 26-4(a), the parties stipulate that the following discovery has been completed:**

1. The parties have served initial disclosures pursuant to FRCP 26(a)(1);
2. Plaintiff has propounded written discovery on Defendants;
3. Defendant has propounded written discovery on Plaintiff;
4. Plaintiff has answered written discovery requests;

5. Defendants have answered written discovery requests;

6. Plaintiff has submitted to a FRCP 35 exam, and Defendant has produced that portion of its expert disclosure. Plaintiff submitted to a second FRCP 35 exam and Defendant produced that portion of its expert disclosure.

7. The parties have held multiple meet and confers on Plaintiff's FRCP 30(b)(6) notice, and it has been revised multiple times. Plaintiff recently provided an updated FRCP 30(b)(6) notice, and Defendant filed a motion for a protective order on the notice on July 24, 2024.

8. The deposition of USAA adjuster Mara Kilpatrick took place on June 25, 2024.

9. The deposition of former USAA Adjuster Claire Lammerding took place on June 25, 2024.

10. The deposition of the FRCP 30(b)(6) witnesses and/or employees for Defendant USAA is currently scheduled for August 22, 2024.

11. Plaintiff's deposition is currently scheduled for September 9, 2024.

**B. Pursuant to LR 26-3 (b), the parties stipulate that they need to complete the following discovery:**

1. Deposition of Plaintiff.
2. Deposition of percipient witnesses.
3. Initial and Rebuttal Expert Disclosures.
4. Deposition of Defendant's FRCP 30(b)(6) witnesses and/or employees.
5. Depositions of Plaintiff's medical providers.
6. Depositions of each party's respective experts;
7. Additional Written Discovery; and
8. Any other discovery that may become necessary upon completion of the discovery above.

**C. Pursuant to LR 26-3(c), the parties stipulate an extension is needed for the following reasons:**

2

DE 8397756.1

1  The parties have been diligent in conducting discovery thus far. The Parties agreed to this short, one week extension of the initial and rebuttal expert disclosure deadline only, as a professional courtesy to Defendant's bad faith expert. Good cause exists for this short extension, as the Parties have been working together to cooperatively arrange discovery in this case, and it is not meant for the purposes of delay.

**D. Pursuant to LR 26-3(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The Parties agree to extend all initial and rebuttal expert disclosure deadlines by one week. All other deadlines will stay the same, as set forth below:

1. The discovery cut-off will not change from 09/25/24;
2. The deadline to amend the pleadings and add parties is CLOSED;
3. Extend the date for initial expert disclosures from 07/25/24 to **08/01/24**;
4. Extend the date to disclose rebuttal expert witnesses from 08/26/24 to **09/02/24**;
5. The date to file dispositive motions will not change from 10/25/24; and
6. The date to file the Joint Pre-Trial Order will not change from ~~8/26/24 to~~ 11/25/24. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.
7. Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

| **H&P Law** | **SPENCER FANE LLP** |
|---|---|
| By:*/s/ Marjorie L. Hauf* | By: */s/ Mary E. Bacon* |
| Marjorie L. Hauf, Esq.<br>Nevada Bar No.: 8111<br>Matthew G. Pfau, Esq.<br>Nevada Bar No.: 11439<br>Bre'Ahn Brooks, Esq.<br>Nevada Bar No.: 15672<br>710 S. 9th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>Jessica E. Chong, Esq.<br>Nevada Bar No. 13845<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant United Services Automobile Association* |

DE 8397756.1

# **ORDER**

IT IS SO ORDERED that the parties Stipulation to Extend Certain Discovery Deadlines (ECF No. 136) is GRANTED.

DATED this 26th of July, 2024

_____
UNITED STATES MAGISTRATE JUDGE

DE 8397756.1