Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY JOHNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:22-cv-00532-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA CASUALTY INSURANCE COMPANY TO OPPOSE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COOPERATION DEFENSE**<br><br>**(FIRST REQUEST)** |

On December 23, 2024, Plaintiff filed his Motion for Summary Judgment on Defendant's Cooperation Defense. Plaintiff, by and through his attorneys, H&P Law, and Defendant, by and through its attorneys, Spencer Fane LLP, hereby stipulate to extend the deadline for Defendant to file its opposition for one week, from Monday, January 13, 2025, to Monday, January 20, 2025. This extension is not intended for purposes of delay. Instead, it is a professional courtesy to Defendant, as the motion was filed during the

///

///

///

holidays when both counsel and client representatives had time off.

**IT IS SO STIPULATED.**

Dated this 10th day of January, 2025.                    Dated this 10th day of January, 2025.

**H&P LAW**                                              **SPENCER FANE LLP**

/s/ *Matthew G. Pfau*                                    /s/ *Mary E. Bacon*
Marjorie L. Hauf, Esq.                                   Mary E. Bacon, Esq.
Nevada Bar No. 8111                                      Nevada Bar No. 12686
710 S. 9th Street                                        Jessica E. Chong, Esq.
Las Vegas, Nevada 89101                                  Nevada Bar No. 13845
*Attorneys for Plaintiff*                                300 South Fourth Street, Suite 1600
                                                         Las Vegas, Nevada 89101
                                                         *Attorneys for USAA Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: January 16, 2025

- 2 -