Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JEFFREY JOHNSON,** individually, <br><br> Plaintiff, <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive, <br><br> Defendant | Civil Action No. 2:22-cv-00532-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE: (1) OPPOSITION TO MOTION TO REMAND AND (2) OPPOSITION TO MOTION TO AMEND** <br><br> **(FIRST REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC") and Plaintiff Jeffrey Johnson ("Johnson" and together with USAA CIC collectively referred to as the "Parties") hereby stipulate to extend Defendant USAA CIC's time to file its: (1) opposition to Plaintiff's motion to remand (ECF 182), and (2) its opposition to Plaintiff's motion to amend (ECF 184). The opposition to Plaintiff's motion to remand is currently due on March 18, 2025.

/ / /

/ / /

The opposition to Plaintiff's motion to amend is currently due on March 21, 2025. This stipulation allows Defendant to file both oppositions on March 25, 2025. This is the parties first request for an extension and is not made for the purposes of delay; rather, it is a professional courtesy to Defendant's counsel who was out of the country for almost two weeks while the motions were filed.

DATED: March 18, 2025.

**SPENCER FANE LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
(NV Bar No. 12686)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for USAA Casualty Insurance Company*

DATED: March 18, 2025.

**H&P LAW, PLLC**

*/s/ Marjorie L. Hauf*
Marjorie L. Hauf, Esq.
(NV Bar No. 8111)
Bre'Ahn Brooks, Esq.
(NV Bar No. 15672)
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

**DATED:** 3/24/2025

_____
UNITED STATES MAGISTRATE JUDGE

-2-