|    |    |
|----|----|
| 1  | Marjorie L. Hauf, Esq. |
|    | Nevada Bar No.: 8111 |
| 2  | Matthew G. Pfau, Esq. |
|    | Nevada Bar No.: 11439 |
| 3  | Bre'Ahn Brooks, Esq. |
|    | Nevada Bar No.: 15672 |
| 4  | H&P LAW |
|    | 710 S. 9th Street |
| 5  | Las Vegas, NV 89101 |
|    | 702 598 4529 TEL |
| 6  | 702 598 3626 FAX |
|    | mhauf@courtroomproven.com |
| 7  | mpfau@courtroomproven.com |
|    | bbrooks@courtroomproven.com |
| 8  | *Attorneys for Plaintiff,* |
|    | *Jeffrey Johnson* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **JEFFREY JOHNSON,** | Case No.: 2:22-cv-00532- JCM-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order** |
| **USAA CASUALTY INSURANCE COMPANY**; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff Jeffery Johnson, by and through his counsel of record, at the law firm of H&P Law and Defendant USAA Casualty Insurance Company, by and through their counsel of record, at the law firm of Spencer Fane, LLP, and represent the following:

That Plaintiff's counsel is entering and has been preparing for a firm trial in the

Eighth Judicial District Court Case No.: A-21-831212-C. Plaintiff's trial is set to begin on May 19, 2025 and end May 28, 2025. As such, Plaintiff now requests additional time to brief and file Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Marc Beckerman. Therefore, counsel for the parties in this matter hereby STIPULATE AND AGREE as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for Plaintiff to file his Opposition to Defendant's Motion to Exclude Expert Testimony of Marc Beckerman, be extended from May 6, 2025, to June 17, 2025.

| | |
|---|---|
| DATED this 13th day of May, 2025 | DATED this 13th day of May, 2025 |
| H&P LAW | SPENCER FANE LLP |
| */s/ Marjorie Hauf* | */s/ Mary Bacon* |
| Marjorie L Hauf, Esq. | Mary E. Bacon, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No. 12686 |
| Matthew G. Pfau, Esq. | Jessica Chong, Esq. |
| Nevada Bar No.: 11439 | Nevada Bar No. 13845 |
| Bre'Ahn Brooks, Esq. | 300 S. Fourth Street, Suite 950 |
| Nevada Bar No.: 15672 | Las Vegas, NV 89101 |
| 710 S 9th Street | *Attorneys for Defendants* |
| Las Vegas, NV 89101 | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

Dated: May 15, 2025

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER