Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JEFFREY JOHNSON,** individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendant | Civil Action No. 2:22-cv-00532<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MARC BECKERMAN**<br><br>**(FIRST REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC") and Plaintiff Jeffrey Johnson ("Johnson" and together with USAA CIC collectively referred to as the "Parties") hereby stipulate to extend Defendant USAA CIC's time to file its reply in support of its Motion to Exclude Expert Testimony of Marc Beckerman (ECF 192) by one week. The reply is currently due on June 23, 2025. This stipulation allows Defendant to file its reply on Monday, June 30. This is the parties first request for an extension and is not made for the purposes of delay. It is made as a professional courtesy to Defendant's counsel.

DATED: June 16, 2025.

**SPENCER FANE LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
(NV Bar No. 12686)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for USAA Casualty Insurance Company*

DATED: June 16, 2025.

**H&P LAW, PLLC**

*/s/ Marjorie L. Hauf*
Marjorie L. Hauf, Esq.
(NV Bar No. 8111)
Bre'Ahn Brooks, Esq.
(NV Bar No. 15672)
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** June 23, 2025

_____
UNITED STATES DISTRICT JUDGE

-2-