Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**JEFFREY JOHNSON,** individually,

Plaintiff,

vs.

**UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY**; DOES I through X, and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No.: 2:24-cv-00532-JCM-DJA

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**

**(FIRST REQUEST)**

Defendant USAA Casualty Insurance Company ("USAA CIC") by and through their counsel Spencer Fane LLP, and Plaintiff Jeffrey Johnson ("Plaintiff") by and through his counsel H&P Law hereby stipulate to extend the deadline to file their Joint Pre-Trial Order by one week. The Joint Pre-Trial Order is currently due August 22, 2025. The parties have exchanged drafts of their Joint Pre-Trial Order and are in the process of arranging a time to discuss next week to discuss a further in order to be able to come to an agreement about a joint document. The additional time will allow for the parties to submit a joint document. This Stipulation allows the parties to file the Joint Pre-Trial Order on Friday August 29, 2025.

1   This is the parties first request for an extension and is not made for purposes of delay.

2   Dated this 22nd day of August, 2025.          Dated this 22nd day of August, 2025.

3   H&P LAW                                        SPENCER FANE, LLP

4
    /s/ *Marjorie L. Hauf*                         /s/ *Mary E. Bacon*
5   Marjorie L. Hauf, Esq.                         Mary E. Bacon, Esq.
    Nevada Bar No. 8111                            Nevada Bar No. 12686
6   Matthew G. Pfau, Esq.                          Jessica E. Chong, Esq.
    Nevada Bar No. 11439                           NV Bar No. 13845
7   Bre'Ahn Brooks, Esq.                           300 South Fourth Street, Suite 1600
    Nevada Bar No. 15672                           Las Vegas, Nevada 89101
8   710 S. 9th Street                              *Attorneys for USAA Casualty Insurance*
    Las Vegas, Nevada 89101                        *Company*
9
10  *Attorneys for Plaintiff*

11

12                              **ORDER**

13  **IT IS SO ORDERED.**

14  Dated:   8/25/2025

15

16                          _____
                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (TENTH REQUEST)

DE 9427856.1