Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
*Attorneys for Plaintiff,*
*Jeffrey Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **JEFFREY JOHNSON,**<br><br>Plaintiff,<br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY**; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00532-JCM-DJA<br><br>**Stipulation and Order to Extend Deadline to File Joint Pre-Trial Order**<br><br>**(Second Request)** |

COMES NOW Plaintiff Jeffery Johnson, by and through his counsel of record, at the law firm of H&P Law and Defendant USAA Casualty Insurance Company, by and through their counsel of record, at the law firm of Spencer Fane, LLP, hereby stipulate to extend the deadline to file their Joint Pre-Trial Order until October 14, 2025. The Joint Pre-Trial Order is currently due September 19, 2025. The parties previously exchanged drafts of the Joint Pre-Trial Order and met and conferred about its form and content. The parties were unable to come to an agreement about the document and as such submitted Individual Pre-Trial Orders. Plaintiff submitted his proposed Pre-Trial Order on August 29, 2025, and Defendant submitted its Pre-Trial Order on

the same day.

On September 2, 2025, this Court entered an order denying both orders and ordering the parties to submit one Joint Pre-Trial Order no later than September 19, 2025.

Following the minute order, the parties agreed to participate in a private mediation in this matter. Mediation is scheduled for October 7, 2025. As such, the parties request that the deadline to file their Joint Pre-Trial Order be extended until October 14, 2025, after the parties mediation and in the event that the matter does not resolve. Therefore, counsel for the parties in this matter hereby STIPULATE AND AGREE as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for the parties to file their Joint Pre-Trial Order, be extended from September 19, 2025, to until October 14, 2025.

DATED this 8th day of September, 2025

H&P LAW

/s/ Marjorie Hauf
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
710 S 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 8th day of September, 2025

SPENCER FANE LLP

/s/ Mary Bacon
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica Chong, Esq.
Nevada Bar No. 13845
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this __10__ day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

- 2 -

STIPULATION AND ORDER