Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
*Attorneys for Plaintiff,*
*Jeffrey Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY JOHNSON,<br><br>  Plaintiff,<br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-00532-JCM-DJA<br><br>**Order Extending Deadline to File Joint Pre-Trial Order** |

COMES NOW Plaintiff Jeffery Johnson, by and through his counsel of record, at the law firm of H&P Law and Defendant USAA Casualty Insurance Company, by and through their counsel of record, at the law firm of Spencer Fane, LLP, hereby stipulate to extend the deadline to file their Joint Pre-Trial Order until October 21, 2025. The Joint Pre-Trial Order is currently due October 14, 2025.

The parties attended a Mediation on October 7, 2025, but were not successful in reaching a settlement, and the matter remains unresolved.

Following the mediation, the parties met and conferred regarding the form and content of the Joint Pre-Trial Order and have made significant progress toward its

completion. The parties now need additional time to finalize the Joint Pre-Trial Order.

Therefore, counsel for the parties in this matter hereby STIPULATE AND AGREE as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for the parties to file their Joint Pre-Trial Order, be extended from October 14, 2025, to until October 21, 2025.

| DATED this 14th day of October, 2025 | DATED this 14th day of October, 2025 |
|---|---|
| H&P LAW | SPENCER FANE LLP |
| /s/ Marjorie Hauf | /s/ Mary E. Bacon |
| Marjorie L. Hauf, Esq. | Mary E. Bacon, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No. 12686 |
| Matthew G. Pfau, Esq. | Jessica Chong, Esq. |
| Nevada Bar No.: 11439 | Nevada Bar No. 13845 |
| Bre'Ahn Brooks, Esq. | 300 S. Fourth Street, Suite 950 |
| Nevada Bar No.: 15672 | Las Vegas, NV 89101 |
| 710 S 9th Street | Attorneys for Defendants |
| Las Vegas, NV 89101 | |
| Attorneys for Plaintiff | |

**IT IS SO ORDERED.**

Dated this __16__ day of October, 2025

_____
Gloria M. Navarro, District Judge
United States District Court