Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JEFFREY JOHNSON,** individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendant | Civil Action No. 2:22-cv-00532<br><br>**Stipulation and Order to Extend Deadline to File Joint Pre-Trial Order**<br><br>**(Third Fourth Request)** |

COMES NOW Plaintiff Jeffery Johnson, by and through his counsel of record, at the law firm of H&P Law and Defendant USAA Casualty Insurance Company, by and through their counsel of record, at the law firm of Spencer Fane, LLP, hereby stipulate to extend the deadline to file their Joint Pre-Trial Order until October 21, 2025.

The Joint Pre-Trial Order is currently due October 21, 2025. The parties attended a Mediation on October 7, 2025, but were not successful in reaching a settlement, and the matter remains unresolved.

Following the mediation, the parties met and conferred a number of times regarding the form and content of the Joint Pre-Trial Order and have made significant progress toward its completion. The Parties have also exchanged trial dates and are working together to resolve a smaller number of remaining issues in the Joint Pre-Trial Order. The parties now need additional time to finalize the Joint Pre-Trial Order.

Therefore, counsel for the parties in this matter hereby STIPULATE AND AGREE as follows:

**IT IS HEREBY STIPULATED AND AGREED**, that the deadline for the parties to file their Joint Pre-Trial Order, be extended from October 21, 2025, to until November 4, 2025.

| | |
|---|---|
| DATED this 21st day of October, 2025<br>**H&P LAW**<br><br>/s/ Marjorie L. Hauf<br>Marjorie L. Hauf, Esq.<br>Nevada Bar No.: 8111<br>Matthew G. Pfau, Esq.<br>Nevada Bar No.: 11439<br>Bre'Ahn Brooks, Esq.<br>Nevada Bar No.: 15672<br>710 S 9th Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | DATED this 21st day of October, 2025.<br>**SPENCER FANE LLP**<br><br>/s/ Mary E. Bacon<br>Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>Jessica Chong, Esq.<br>Nevada Bar No. 13845<br>300 S. Fourth Street, Suite 1600<br>Las Vegas, NV 89101<br>Attorneys for Defendants |

IT IS SO ORDERED.
Dated: October 22, 2025

_____
UNITED STATES DISTRICT JUDGE