Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JEFFREY JOHNSON**, individually,<br><br>                           Plaintiff,<br><br>v.<br><br>**UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>                           Defendant. | Case No.:  2:22-cv-00532-GMN-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTIONS FOR RELIEF AND FOR RECONSIDERATION (ECF NOS. 235, 236)**<br><br>**(FIRST REQUEST)** |

Defendant USAA Casualty Insurance Company ("USAA CIC"), by and through its counsel, Spencer Fane LLP, and Plaintiff Jeffery Johnson, by and through his counsel of record, H&P Law, hereby stipulate to extend the deadline for USAA CIC to file its responses to Plaintiff's Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's

Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 235) and Plaintiff's Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 236) to May 26, 2026.

USAA CIC's responses are currently due May 12, 2026. The parties are currently discussing settlement, and the Parties are in need of additional time to  negotiate.

In addition, the Parties stipulate to extend the deadline for Plaintiff to file his reply in support of his Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 235) and Plaintiff's Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 236), from June 2, 2026, to June 16, 2026.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for USAA CIC to file its responses to Plaintiff's Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 235), and Plaintiff's Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 236) be extended from May 12, 2026, to May 26, 2026, and the deadline for Plaintiff to file his reply in support of his Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 235) and Plaintiff's Motion for Relief from Order and Motion for Reconsideration of Order Granting Defendant's Motion to Exclude Expert Testimony of Marc Beckerman (ECF No. 236), be extended from June 2, 2026, to June 16, 2026.

Dated this 12th day of May, 2026.

**H&P LAW**                                    **SPENCER FANE LLP**

s/ Marjorie L. Hauf                           s/ Mary E. Bacon
Marjorie L. Hauf, Esq.                        Mary E. Bacon, Esq.
Nevada Bar No.: 8111                          NV Bar No. 12686
Matthew G. Pfau, Esq.                         Jessica E. Chong, Esq.
Nevada Bar No.: 11439                         NV Bar No. 13845
Bre'Ahn Brooks, Esq.                          300 S. Fourth Street, Suite 1600
Nevada Bar No.: 15672                         Las Vegas, NV 89101
710 S. 9th Street                             Attorneys   USAA   Casualty   Insurance
Las Vegas, NV 89101                           Company
Attorneys for Plaintiff

   **DATED** this  15  day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

-3-