Taylor R. Reeves, Esq.
Nevada Bar No. 15987
Jeremy A. Moseley, Esq.
*(pro hac vice)*
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: treeves@spencerfane.com
jmoseley@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**JEFFREY JOHNSON,** individually,

Plaintiff,

v.

**USAA CASUALTY INSURANCE COMPANY;** DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,

Defendant

Civil Action No. 2:22-cv-00532

**STIPULATION AND ORDER FOR SUBSTITUTION OF LOCAL COUNSEL**

PURSUANT TO LOCAL RULE LR IA 11-6, IT IS HEREBY STIPULATED AND AGREED that Defendant USAA Casualty Insurance Company ("USAA CIC"), hereby substitutes and appoints Taylor R. Reeves, Esq. of the law firm Spencer Fane LLP as attorney of record and as local counsel for Jeremy A. Moseley, Esq. in place of Mary E. Bacon, Esq. who is no longer associated or affiliated with the law firm Spencer Fane LLP.

Dated this 15th day of September, 2026.

Mary E. Bacon, Esq.
Nevada Bar No.: 12686
*Withdrawing Attorney for USAA Casualty Insurance Company*

Dated this 15th day of September, 2026.
**SPENCER FANE LLP**

Taylor R. Reeves, Esq.
NV Bar No. 15987
Jeremy A. Moseley, Esq.
(*pro hac vice*)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys USAA Casualty Insurance Company*

Dated this 14th day of September, 2026.

Larissa Fields, Director, Litigation Counsel for Defendant USAA Casualty Insurance Company

ORDER

Pursuant to the Stipulation of the parties and good cause appearing, IT IS SO ORDERED.

**DATED** this 15 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT